**2014–0467.   State ex rel. Stokes v. Adrine.**

In Mandamus. Reported at 140 Ohio St.3d 1505, 2014-Ohio-5098, 19 N.E.3d 922. On motion for reconsideration of the November 19, 2014 order dismissing the alternative writ of prohibition, converting the motion for clarification of respondent to a motion for reconsideration, granting the same, and denying relator's motion to show cause. Motion denied.

PFEIFER and KENNEDY, JJ., dissent.